RECEIVED
SDNY PRO SE OFFICE

2015 DEC 30 AM 10: 52

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ahmadou Sankara #3491502709
1818 Hazen st Queens, Ny 11370

*(In the space above enter the full name(s) of the plaintiff(s).)*

A New Complaint Amended Dec 24th 2015 Attached 4 papers

**AMENDED COMPLAINT**

under the Civil Rights Act, 42 U.S.C. § 1983

**-against-**

Police Officer Liam O'Hara shield #20203 who arrested me without probabl cause. in march 6, 2015 on 132st between 8th and 7th AVE 201 W 132st. He then tuck me to the precent and claimed that my iphone 6 plus was Stolen property. He also alegd that my licinece was take along with my 3 credit cards witch posesd my name

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

Jury Trial: ☐ Yes ☑ No (check one)

15 Civ. 7761 (PKC)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's
Name Ahmadou Sankara
ID# 3491502709
Current Institution
Address 18-18 Hazen st East Elmhurst Ny 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Police officer Liam O'HaRa Shield # 20203
Where Currently Employed
Address New york City police Dept. 33 precint 2207 Amsterdam AVE Ny Ny 10039

Defendant No. 2 Name Detective Brian Kesterer Shield # ________
Where Currently Employed Ny Ny Police Dept. 33rd precint
Address 2251 Amsterdam AVE Ny Ny 10039

Defendant No. 3 Name Rebecca Dunnan Assistant D.A. Shield # ________
Where Currently Employed ________
Address Hogan place, Ny Ny 10013

Who did what?

Defendant No. 4 Name MARCIA SECKLER LAGAL AID Shield # ________
Where Currently Employed 49 THOMAS STREET
Address NY NY 10013

Defendant No. 5 Name KIRA TRYVES 18°R Shield # ________
Where Currently Employed 253 BROADWAY 2 FLOOR
Address NY NY 10007

**II. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
132 st between 7th and 8th AVE. 201 west 132nd street in front of 7th AVE

B. Where in the institution did the events giving rise to your claim(s) occur?
________

C. What date and approximate time did the events giving rise to your claim(s) occur?
March 6th 2015 10:50 pm

What happened to you?

D. Facts: Police officer Liam O'Hara arrested the plaitive and had no probabl cause. the plantive was sitting in his car between two cars when the officer aproshed the plantive to step out of the car. The officer then acused the plantive of having a stolen Iphone 6 plus

ON MARCH 6th 2015 THE N.Y.C Police OFFICER Approached me when I was in parking Space between Two Cars when the engine was off. This officer violated my United States right Because He didn't have Probable Cause To Search the Car. He Also didn't have probable Cause To Search my wallet. The Address 201. W. 132st Between 7th Ave and 8th Ave. 201. W. 132st is Closer To 7th Ave. This officer Lied Saying I was Parked in Front of the Church. The Police officer Arrest Sheet Said I was Parked in 201. W. 132st This is The Correct Address that I was parked in front of. After my Arrest This officer Goes To Testify in The Grand Jury that my License was Forbery License. This officer has a Computer inside the Car and Also He has a Cell Phone To Call To T.N. Memphis To verify if my License was Legit He never done that. This officer violated my united States right. You Can't Break the Law To Fix the Law. On my Rapsheet From Albany This officer Shield Number was 9466. At The Grand Jury The Same officer Shield number was 20203. In Trial The Same officer. Shield number was 4408 This officer Keep Lying By having different Shield number Giving To The Court Record.

ON MARCH 11th 2015 THe Lawyer waive my Grand Jury right. THen She Came To me Saying that I was indicted. I told her How did I Get indicted when my license is Legit. when I Came back To Riker's ISland I go To the Law Library, I Give my Booking Case number To The Law Library Civilian, I Founded out that I never had Got indicted. THis indictment is in PART F 000000000. I never Got indicted By the Grand Jury. This indictment ON 03-30-2015 By The Grand Jury was miscellaneous No Type. I Requested the indictment which was The original Copy of The Foreman Seal Signature Stamp. They denied me These papers and I posted my BAIL Bond. THe D.A. never presented THe Bond to the Judge. SHe The D.A. violated my United States rights. Because I'm not A Flight Risk, I'm not on parole, probation either. I Also don't have ANY warrants. I made A Complaint to THe Bail Bondsman that my Cousin who posted Bail- He has A Garage and He has A Bank Account Too. He Also has A Legal income. THe Bail Bondsman Said I'm Already out on Bail. my Cousin Got the paper proof To let me out. I'm wondering why I'm not Released. THe D.A. violated my United States Right

ON MAY 7th 2015 THE D.A. moved my Case From Criminal Court To Supreme Court. I was indicted miscellaneous No-Type. ON ONE COUNT I was indicted on possession OF Forged instrument in the 2nd degree. ON The 3 Counts NOT AN Arrest Charge, Arraignment Charge. when the D.A. Founded out That my License was Legit SHe prosecuted me with the 3 Counts that I wasn't indicted For. You Can Look AT my paper work that I Submitted to the Civil Court, And See what I'm Saying. I put The 190.50 To dismiss The indictment. They never Answered my motion. THe legal Aid Lawyer Submitted on May 19th 2015 Notice of OMNIBUS MOTION. THe Court part 61 Supreme Court never Answered my motion. THe Lawyer Violated my rights Because She never Took my Statement. SHe made mistake on my Notice of OMNIBUS motion. She Said that I was driving And She Corrected Herself To THe Court minutes Saying that I was Sitting in the vehicle in the parking Spot. She Violated my united States right By not Taking my Statement. SHe never Verified my License Before the Grand Jury. She Said the D.A. Said my license was Fake. SHe was working with THe D.A.

THE Judge Changed my Lawyer To AN 18.B lawyer. THe 18.B lawyer said To me that He will Go See the Judge and the D.A. To See WHY AM I STILL IN Jail - Because I was CHARGed with ONLY ONE COUNT. MY license is LeGIT WHY AM I IN JAIL. MY NEXT COURT date SHe: MY 18.B lawyer Never SHows UP TO COURT. ANOTHer 18.B lawyer Came To me Saying THat He CAME TO represent me and that They work in The SAME Law Firm. THaT lawyer Advised me To Plea Guilty and take Time SERVed For what I did. I didn't do nothing So WHY SHould I take Time Served. ON my NEXT COURT date they Changed my COURT PART 61 TO PART 77 Higher Supreme COURT. I STarTed PRE-Trial. The Judge Denied my lawyer For THe evidence PHOTOGRAPH Address And the D.A. bring the PHOTOGRAPH OF Charge: Saying THAT The Police Said that I was Parked Front OF CHUrch. THIS officer has lied the Correct Address is 201 W. 132ST This is The Address that The Police officer used in His arrest SHeeT. 201 W. 132ST THe D.A. HAS NO evidence AGAINST me ON THIS TriAL. MY lawyer was working with THe D.A. TO PUT me DOWN. MY lawyer did NOT Give me A Chance TO TeSTiFY ON MY BeHALF. THIS lawyer violated my United States rights. THe JURY questioned AND answered everything BeHind my BACK. When I was Called TO Come To the COURT ROOM The JURY was already in the JURY ROOM. THEY Called the JURY TO Come deliver THe verdict. THIS wasn'T Suppose TO Happen. When I Came BACK For SenTencing ON December 9th 2015 The Judge Sentenced me To Seven Years. I didn'T do Nothing THey don'T HAVE NO evidence AGAINST me. I Submitted Notice OF MOTION TO Set Aside Verdict CPL 330.30 The Judge Never ANSwered MY MOTION.

Apon aravile at the precent the officer charged the plantive with sevan ~~five~~ different charges. as you can see on my Arrest info sheet. The grand Jury dissmissed six of the charges. the plantive was charged with one count of forged instrument witch was a drivers licence. The grand jury never charged the plantive on 03/30/15 of three counts of cridit card forged. When the D.A. found out the plantives licence was leget they charged the plantive with the three counts of cridet card froged that the grand Jury never charged the plantive with. the DA. followed her own rules. The DA tuck the plantive to trial with charges that the plantive didnt get charged with at grand Jury. Bail was also posted and the DA. never prseted bail to the Judge. Detective Brian Kesterar had an ID scanner indicated the plaintive Drivers license as a fake which he testified at the grand Jury. NYPD never issued the ID Scanner this Det Kesterar had his own prsonal ID scanner. The arresting officer who is officer liam O'Hara, shield #20203 during the arrest process used another officer shield number #9466 on march 6th 2015 32 precint. look at all the documents that the Plantive summits. no evidnce was presented at trail. The bank tessitifid that all three cards where liget. no froud! the accounts are still open

Was anyone else involved?

Who else saw what happened?

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

The Claimant was subjected to personal and physical injuries, an unlawful seizure, false arrest and imprisonment malicious prosecution abuse of process, negligence, intentional and negligent infliction of emotional distress harassment, unconstitutional conditions of confinment and to a deprivation of his constitutional civil and common law rights. As a result of the officers actions, claimant exprienced personal physical and emotional injuries pain and suffering, fear and invasion of privacy, psychological pain, emotional distress, mental anguish, embarressment and humiliation.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓ No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

______________________________________________

______________________________________________

______________________________________________

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓ No ___ Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ✓ Do Not Know ___

If YES, which claim(s)?

______________________________________________

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓ No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

Anna M. Kross AMKC C95

1. Which claim(s) in this complaint did you grieve?

forged lisence, forged credit cards and a stolen iphone. All are false allegations

2. What was the result, if any?

no Reply

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

311, Prisoners Rights, and Grievance prossess.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Plantive was arrested in ~~at~~ 201 W 132st in front of 7th AVE. the police officers statment said the plantive was at 201 W 132st the officer came to court and lied and stated that the plantive was parked infront of a church with was located in the middle of the block

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want my Case desmissed and a Compensation of 50 million dollers for onlawful seizure false arrest and imprisonment.

$50,000,000.00

______________________________________________

______________________________________________

______________________________________________

VI. **Previous lawsuits:**

**On these claims**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ____________

______________________________________________

____ 3. Docket or Index number ______________________

____ 4. Name of Judge assigned to your case ______________________

5. Approximate date of filing lawsuit ______________________

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition ______________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ______________________

______________________________________________

______________________________________________

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff ______________________________

Defendants ______________________________

2. Court (if federal court, name the district; if state court, name the county) ____________

______________________________________________

____ 3. Docket or Index number ______________________

____ 4. Name of Judge assigned to your case ______________________

5. Approximate date of filing lawsuit ______________________

6. Is the case still pending? Yes ____ No ✓

If NO, give the approximate date of disposition ____________________

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ____________________

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 24 day of DEC, 2015

Signature of Plaintiff AHMADOU SANKARA

Inmate Number 3491502709

Institution Address 1818 HAZEN STREET ELMHURST NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 24 day of DEC, 2015 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: SANKARA AHMADOU

I will Send the amed complain as soon as possible
SANKARA. V. DOC officer ETAL 15CV8470

SANVARA • V • DOC OFFICER ET AL

15CV8470

(3) →4

Officer M. Brown Never brung my Legal work To me. when I Came Back From Court on OCT 1, 2015. I then went To The Law Library on OCT 2, 2015 when I Came BACK From The Law library The officer that Saved my Food Gave me The Food which was Lunch. when I Ate the Food AND After I Finished 15 minutes Later I started To Get Chest PAINS - AND ~~my throat~~ Have throat Complications then I Told the officer To Call Medical For me Because I'm having Chest Pains AND throat Complications. Then Officer williams denied me Medical Attention. Then officer FRANCISE who escorts inmates To Get their Medication Saw me throwing up Automatically Takes To Get Medical Help. when I Get To Medical The doctor prescribed me ANTI-BIOTICS. Also He Gives me Two ANTI-BIOTICS on The Spot. All of these problems Transpired Since ~~the~~ I.G. Removed Captain Plaska From C-95 AMKC Building. I Refused To Go Back To my original Housing Area which was 17-West-A Side. Where officer william who denied me Medical Attention From the Start. They moved me To 18 west B-Side. At my New Housing Area I was O.K. I then Call 311 To Report The

SANKARA v. DOC OFFICER 1→2
15 CV 8470 ,, FLOAL

ON AUGUST 29, 2015 After 9:00 AM. I WAS Going To Get my Medication. When I was on my way back From Getting my Medication, CAPTAIN PLASKA Along with About Five other OFFicers escorted myself AND other INMATES TO The Gym. When we Got to the Gym we were Told By the officers To Strip OFF our Clothes AND during the Strip Search one of the OFFicers Told us To SQUAT AND Cough. ~~[illegible]~~ AS I WAS Squatting AND Coughed ~~[illegible]~~ ONE OF The D.O.C OFFicers inserted his Finger up INTO my Rectum. THEN He SAID that They were Looking For drugs. I Asked CAPTAIN PLASKA why is The OFFicer violating my rights? THEN CAPTAIN PLASKA Looked the other way AS IF He didn't Know what was Going ON. THEN CAPTAIN PLASKA Stated "we are looking For weapons." First ONE of the OFFicers SAID "we are looking For drugs." Then when the officer violated my rights By inserting his Finger INTO my Rectum ~~The Situation Changed~~ Then ~~The~~ Captain Plaska Said that "we are Looking for weapons." Then I told Captain PLASKA I'm Going To Call 311 AND Report what Just Happened. I Also Have people who are witnesses that Seen what happened to me. They Too were Treated THE SAME way. ONE of these people names is Donnell Murdaugh His B.C. 441-15-01 173. THe Second Person name is EL Dey. NEX→

Officer Montre was my witness, that I was throwing up and Doctor Ali Denied me Anti-Biotics. When I Came Back on Oct 28th 2015 To my Housing area From the Law Library I was Afraid To eat The Food they were Serving. I Called Prisoners rights and I Reported The Food Poisoning incident. I was having Still Alot of Chest Pains, I was Coughing I was very Sick and the prisoners rights Saved my Life, They Sent An e-mail to medical and the medical Called me Oct 31st 2015 early in the morning. I was very Sick and then the Doctor Prescribed me Azithromycin Tablet 250 mg 2 Tablets on the First day. Then I had to Start Sudafed Tablet 30 mg. Then I had to Take Guaifenesin Tablet 200 mg The Doctor Took my blood work. He Then Took Chest X-Ray And EKG When He did this the Results Came Back for the Chest discomfort - 786.59 And the Result For the blood Questionable Food poisoning. On August 29th 2015 incident I put The Claim For what happened On August 29th 2015 I put The Claim in on September 18th 2015 I Received Claim No: 2015PI028549 On Oct 13th 2015 I Received Another Claim Number which was the Same Claim number But it was A Disallowance - over 90 days.



Summary View for SANKARA, AHMADOU

Page 1 of 3

HHC
NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
nyc.gov/hhc
Correctional Health Services

# SANKARA, AHMADOU

NYSID: 11802841J BookCase: 3491502709
Facility Code: AMKC Housing Area: W17LA
45 Y old Male, DOB: 07/18/1970
2350 DAVIDSON AVE, BX, NY-10468

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

09/03/2015

Appointment Provider: Theodora T Kay-Njemanze, MD

## Current Medications

Omeprazole 20 mg Capsule Delayed Release 1 tab Daily, stop date 09/18/2015
Reyataz 300 MG Capsule 1 tab Daily, stop date 10/19/2015
Truvada 200-300 MG Tablet 1 tab Daily, stop date 10/19/2015
Norvir 100 mg Tablet 1 tab Daily, stop date 10/19/2015
DiphenhydrAMINE HCl 25 MG Capsule 1 cap At Bedtime, stop date 09/19/2015
Remeron 15 MG Tablet 1 tab At Bedtime, stop date 09/19/2015
Multiple Vitamin APP Tablet 1 tab Daily, stop date 11/24/2015
Metamucil 30.9 % Powder 1 packet Daily, stop date 09/11/2015

## Past Medical History

2012- s/p GSW to abdomen. Lincoln Hospital
Heartburn
Heartburn
Adjustment disorder with mixed anxiety and depressed mood
Mood disorder NOS
Diagnosis deferred
Gastritis, unspecified, without mention of hemorrhage
Abnormal findings NEC
Bronchitis, not specified as acute or chronic
Insomnia
Drug addiction NOS
Allergy, unspecified
BMI 27.0-27.9,ADULT
MENTAL DISOR NOS OTH DIS
Diagnosis deferred

## Allergies

Sustiva: dizziness: Side Effects

## Reason for Appointment

1. Injury # 1500

## History of Present Illness

Notes::

Pt seen for above injury, pt stated that on august 29Th 2015 he felt he was sexually abused and rights were violated when he was asked to strip search in the gym and during which a rectal search was performed. Pt stated he felt uncomfortable and reported his case by calling 311 and prison rights advocate on 9/1/2015. pt denied ay bleeding/diff having a bowel movement or bowel incontinence.

TEMPLATES:

Rikers Injury Report

Injury Report:

General
Injury Report #: *1500*
Event Location: *Recreation space*
Intentionality: *Unintentional*
Cause: *other (specify)*
Verified Injury: *Injury by history only*
Did the patient have a blow to the head? *No*
Did the patient ever lose consciousness? *No*
Was the patient ever dazed and confused after injury? *No*

VISIT COMPLEXITY SCALE:

NON-INTAKE ACUITY
Non-Intake Acuity Scale *2: Complicated sick call (problem requiring diagnostic evaluation, documented history, physical exam, specified follow up) OR One chronic condition addressed with components specified in (3)*

## Vital Signs

| BP | | |
|---|---|---|
| 104/69 | 09/03/2015 01:12:38 AM | Theodora Kay-Njemanze |
| **Pulse** | | |
| 62 | 09/03/2015 01:12:38 AM | Theodora Kay-Njemanze |

Patient: SANKARA, AHMADOU DOB: 07/18/1970 Progress Note: Theodora T Kay-Njemanze, MD 09/03/2015

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter... 11/16/2015



# SANKARA, AHMADOU

**NYSID: 11802841J BookCase: 3491502709**
**Facility Code: AMKC Housing Area: W17LA**
**45 Y old Male, DOB: 07/18/1970**
**2350 DAVIDSON AVE, BX, NY-10468**

**Insurance: Self Pay**
**Appointment Facility: Anna M. Kross Correctional Facility**

**09/03/2015**

**Appointment Provider: Roman Trojanowski, LCSW**

## Current Medications

Omeprazole 20 mg Capsule Delayed Release 1 tab Daily, stop date 09/18/2015
Reyataz 300 MG Capsule 1 tab Daily, stop date 10/19/2015
Truvada 200-300 MG Tablet 1 tab Daily, stop date 10/19/2015
Norvir 100 mg Tablet 1 tab Daily, stop date 10/19/2015
DiphenhydrAMINE HCl 25 MG Capsule 1 cap At Bedtime, stop date 09/19/2015
Remeron 15 MG Tablet 1 tab At Bedtime, stop date 09/19/2015
Multiple Vitamin APP Tablet 1 tab Daily, stop date 11/24/2015
Metamucil 30.9 % Powder 1 packet Daily, stop date 09/11/2015

## Past Medical History

2012- s/p GSW to abdomen. Lincoln Hospital
Heartburn
Heartburn
Adjustment disorder with mixed anxiety and depressed mood
Mood disorder NOS
Diagnosis deferred
Gastritis, unspecified, without mention of hemorrhage
Abnormal findings NEC
Bronchitis, not specified as acute or chronic
Insomnia
Drug addiction NOS
Allergy, unspecified
BMI 27.0-27.9,ADULT
MENTAL DISOR NOS OTH DIS
Diagnosis deferred

## Allergies

Sustiva: dizziness: Side Effects

## Reason for Appointment

1. MH Clinicians Progress Note

## History of Present Illness

<u>TEMPLATES</u>:

MH CLINICIANS PROGRESS NOTE

<u>SUBJECTIVE</u>:

Subjective

= *Patient states, "Something happened in the gym on the 29 th." Pt reports he was inappropriately touched on 8-29-15 at approx 8 to 9 am. Pt reports he was directed by DOC to go to gym for search. Pt was asked to remove clothing. Pt reports Capt Palrshy and additional C. O. staff emebers were in the AMKC gym. Pt reports that one CO who pt can not ID by name of face inserted his finger into pts rectum during search. Pt reports feeling traumatized. , Pt reports good compliance without adverse side effects., Pt request to continue medications, Pt coping well., Pt interacts w/o incident in MH clinic, Pt denies any SI HI AH VH PI, Pt wants to continue w MH tx, Pt does not pose an imminent risk to himself or others at this time. , Chart Reviewed. MHP consulted with MD who examined pt on this incident and who ref pt to MH eval.*

*Last TPR done 8-24-15. Last psych med review 8-22-15*

<u>RE-REFERRAL REMINDER</u>:

Re-Referral Reminder **<u>RE-REFERRAL TO DISCHARGE PLANNING SHOULD HAPPEN IF - Change in the client's status that will impact their discharge plan: Homelessness, SMI status, hospital return, sentencing, civil commitment, and/or desire to accept an entitlement service or any discharge planning service that was previously declined</u>.**

<u>MENTAL HEALTH -- CURRENT AND HX</u>:

Mental Health -- Current and Hx

Mental Health Hx? (If yes, describe in Notes field) *Yes sexual abuse trauma on 8-29-15*

Current suicidal ideation/plan? *No*

Remove client from BradH Cohort [has been treated less than 3 times]? *No /*

Does client need further treatment for mental illness? *Yes /*

## Examination



Summary View for SANKARA, AHMADOU

Page 1 of 4

HHC
NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
nyc.gov/hhc
Correctional Health Services

# SANKARA, AHMADOU

NYSID: 11802841J BookCase: 3491502709
Facility Code: AMKC Housing Area: W18UB
45 Y old Male, DOB: 07/18/1970
2350 DAVIDSON AVE, BX, NY-10468

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

Appointment Provider: Rashid Mian, MD

10/27/2015

## Current Medications

Multiple Vitamin APP Tablet 1 tab Daily, stop date 11/24/2015
Zantac 150 MG Tablet 2 tabs in am, stop date 11/17/2015
Metamucil 30.9 % Powder 1 packet Daily, stop date 11/01/2015
Truvada 200-300 MG Tablet 1 tab Daily, stop date 12/13/2015
Norvir 100 mg Tablet 1 tab Daily, stop date 12/13/2015
Reyataz 300 MG Capsule 1 tab Daily, stop date 12/13/2015
Remeron 15 MG Tablet 1 tab At Bedtime, stop date 11/19/2015
Alum & Mag Hydroxide-Simeth 400-400-40 MG/5ML Suspension 30cc ,stat 30cc Every 12 Hours, stop date 11/10/2015

## Past Medical History

2012- s/p GSW to abdomen. Lincoln Hospital
Heartburn
Heartburn
Adjustment disorder with mixed anxiety and depressed mood
Mood disorder NOS
Diagnosis deferred
Gastritis, unspecified, without mention of hemorrhage
Abnormal findings NEC
Bronchitis, not specified as acute or chronic
Insomnia
Drug addiction NOS
Allergy, unspecified
BMI 27.0-27.9,ADULT
MENTAL DISOR NOS OTH DIS
Diagnosis deferred

## Allergies

Sustiva: dizziness: Side Effects

## Reason for Appointment

1. Medication follow-up
2. Seen in housing area he went to see medical doctor because had chest paone however alsoi states that he vomitted after eating food thinks the food was contaminated.states he goes to law library for long time and his food is saved when he eats the food he becomes sick.However no cardiac problems were found and he was given medications for GERD.States he is muslim amd prays long time in morning.States he is sleeping only few hours and get up vey early and then cant sleep states his medications was decreased by the last doctor and since then he has more sleeping problems.Also admit that he is illegal and is working on his case.

## History of Present Illness

TEMPLATES:

PSYCHIATRY - MEDICATION REEVALUATION

SUBJECTIVE:

Subjective

= *Patient states, "I want my medications back I am not sleeping.*

BRIEF SUMMARY ASSESSMENT AND PLAN:

Brief Summary Assessment and Plan

Brief Summary Assessment and Plan (describe in Notes field): *45 year old African male who report insomnia since his medicatios were changed he wants to go back previous medications.He appears to be paranoid about his food and does vomitting after eating and ends up seeing medical doctor for chest pain.Will adjust the medications and patiernt counseled about ythe food,encouraged to stay in his house at the time of food delivery.*

## Examination

OBJECTIVE:

Objective:

= *., Pt is A+OX3, No reported perceptual disturbannces. No suicidal or homicidal ideation reported c/o insomnia and anxiety*

MENTAL STATUS:

Appearance:

= *Chronological Age*

Patient: SANKARA, AHMADOU DOB: 07/18/1970 Progress Note: Rashid Mian, MD 10/27/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter... 11/16/2015

Summary View for SANKARA, AHMADOU Page 2 of 2

Pharmacy

**2. Upper respiratory disease NOS**
Start Azithromycin Tablet, 250 MG, 2 tablets on the first day, then 1 tablet daily for 4 days, Orally, As Directed, 5 days, Pharmacy
Start DiphenhydrAMINE HCl Capsule, 25 MG, 1 cap, Orally, at AM, 7 days, Pharmacy
Start Ibuprofen Tablet, 400 MG, 2 tabs, Orally, Twice a Day, 5 days, Pharmacy
more likely upper URI. Will start emperic treatment due to his chrinic medical condition. Advise RTC if he has more fever, cough, chill.

**Appointment Provider: Joon Park, MD**

**Electronically signed by Joon Park MD on 10/02/2015 at 05:25 PM EDT**

**Sign off status: Completed**

---

**Anna M. Kross Correctional Facility**
**18-18 Hazen Street**
**East Elmhurst, NY 11370**
**Tel: 718-546-3550**
**Fax:**

---

**Patient: SANKARA, AHMADOU DOB: 07/18/1970 Progress Note: Joon Park, MD 10/02/2015**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter... 11/16/2015



Summary View for SANKARA, AHMADOU

Page 1 of 3

NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
nyc.gov/hhc
Correctional Health Services

# SANKARA, AHMADOU

NYSID: 11802841J BookCase: 3491502709
Facility Code: AMKC Housing Area: W18UB
45 Y old Male, DOB: 07/18/1970
2350 DAVIDSON AVE, BX, NY-10468

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

10/31/2015

Appointment Provider: Joon Park, MD

## Current Medications

Remeron 30 mg Tablet 30 mg At Bedtime, stop date 11/03/2015
Benadryl 50 mg Capsule 50 mg At Bedtime, stop date 11/03/2015
Multiple Vitamin APP Tablet 1 tab Daily, stop date 11/24/2015
Zantac 150 MG Tablet 2 tabs in am, stop date 11/17/2015
Metamucil 30.9 % Powder 1 packet Daily, stop date 11/01/2015
Truvada 200-300 MG Tablet 1 tab Daily, stop date 12/13/2015
Norvir 100 mg Tablet 1 tab Daily, stop date 12/13/2015
Reyataz 300 MG Capsule 1 tab Daily, stop date 12/13/2015
Alum & Mag Hydroxide-Simeth 400-400-40 MG/5ML Suspension 30cc ,stat 30cc Every 12 Hours, stop date 11/10/2015

## Past Medical History

2012- s/p GSW to abdomen. Lincoln Hospital
Heartburn
Heartburn
Adjustment disorder with mixed anxiety and depressed mood
Mood disorder NOS
Diagnosis deferred
Gastritis, unspecified, without mention of hemorrhage
Abnormal findings NEC
Bronchitis, not specified as acute or chronic
Insomnia
Drug addiction NOS
Allergy, unspecified
BMI 27.0-27.9,ADULT
MENTAL DISOR NOS OTH DIS
Diagnosis deferred

## Allergies

Sustiva: dizziness: Side Effects

## Reason for Appointment

1. responses to complain

## History of Present Illness

Notes::

cough, upper respiratory infection

reteated chest discomfort, epigatric area, worsening with food intake, movement. No radiation pain,

Questionable food poisoning 3-4 days ago, but, symptoms resolved.

VISIT COMPLEXITY SCALE:

NON-INTAKE ACUITY

Non-Intake Acuity Scale *4: Three or more Chronic Conditions addressed as in (3) OR Emergency response in the facility OR acutely ill patients requiring phone consultation with Urgi, specialist, phone call to community provider*

## Vital Signs

| BP | | |
|---|---|---|
| 136/84 | 10/31/2015 07:35:39 PM | Joon Park |
| **Pulse** | | |
| 88 | 10/31/2015 07:35:39 PM | Joon Park |
| **RR** | | |
| 16 | 10/31/2015 07:35:39 PM | Joon Park |
| **Temp** | | |
| 98.8 | 10/31/2015 07:51:37 PM | Joon Park |
| **SaO2** | | |
| 99 | 10/31/2015 07:51:37 PM | Joon Park |

## Examination

General Examination:

GENERAL APPEARANCE: no acute distress.

HEART: RATE:-, regular, RHYTHM:-, regular.

LUNGS: clear to auscultation bilaterally.

ABDOMEN: soft, mild epigatrci pain with palpation/ND, BS present.

## Assessments

Patient: SANKARA, AHMADOU DOB: 07/18/1970 Progress Note: Joon Park, MD 10/31/2015
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter... 11/16/2015

Summary View for SANKARA, AHMADOU

Page 2 of 3

1. Upper respiratory disease NOS - 478.9
2. GERD - 530.81
3. Chest discomfort - 786.59

**Treatment**

**1. Upper respiratory disease NOS**

Start Azithromycin Tablet, 250 MG, 2 tablets on the first day STAT then 1 tablet daily for 4 days, Orally, As Directed, 5 days, Pharmacy
Start Sudafed Tablet, 30 mg, 1 tab, Orally, Twice a Day, 7 days, Pharmacy
Start Guaifenesin Tablet, 200 MG, 1 tab, Orally, Twice a Day, 7 days, Pharmacy

LAB: CHEM 7 PANEL
LAB: LIVER PROFILE
LAB: CBC w DIFF & PLATELETS
LAB: HELICOBACTER ANTIBODY (G,A,M)

Diagnostic Imaging:Chest PA, Lateral Upright (XRAY)
Responses
1. cough, upper respiratory infection- start 5 days of Azithromycin and decongestant, will ontain chest x ray
2. reteated chest discomfort, epigatric area, worsening with food intake, movement. No radiation pain- Normal EKG, more likey GERD or grastric ulcer. Ordered H. Pylori antibody. Continue Zantac. PPI ( omeprozole has major drug interaction with his HAART, not recommanded)
3. Questionable food poisoning 3-4 days ago, but, symptoms resolved- asymtomatic. ordered CBC, and Chemistry.
scheduled medical FU in 2 weeks.

**2. Chest discomfort**

Diagnostic Imaging:EKG (DI)

**Addendum:**

10/31/2015 08:35 PM Edouard, Mireille > Azithromycin 250 mg x2 tabs given as ordered.- M. Edouard , RN

**Appointment Provider: Joon Park, MD**

Patient: SANKARA, AHMADOU DOB: 07/18/1970 Progress Note: Joon Park, MD 10/31/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter... 11/16/2015



Summary View for SANKARA, AHMADOU

Page 1 of 2

HHC
NEW YORK CITY HEALTH AND HOSPITALS CORPORATION
nyc.gov/hhc
Correctional Health Services

**SANKARA, AHMADOU**

NYSID: 11802841J BookCase: 3491502709
Facility Code: AMKC Housing Area: W17LA
45 Y old Male, DOB: 07/18/1970
2350 DAVIDSON AVE, BX, NY-10468

Insurance: Self Pay
Appointment Facility: Anna M. Kross Correctional Facility

10/02/2015

Appointment Provider: Joon Park, MD

### Current Medications

Reyataz 300 MG Capsule 1 tab Daily, stop date 10/19/2015
Truvada 200-300 MG Tablet 1 tab Daily, stop date 10/19/2015
Norvir 100 mg Tablet 1 tab Daily, stop date 10/19/2015
Multiple Vitamin APP Tablet 1 tab Daily, stop date 11/24/2015
Zantac 150 MG Tablet 2 tabs in am, stop date 11/17/2015
Omeprazole 20 mg Capsule Delayed Release 1 cap Daily, stop date 10/24/2015
DiphenhydrAMINE HCl 25 MG Capsule 1 cap At Bedtime, stop date 10/24/2015
Remeron 15 MG Tablet 1 tab At Bedtime, stop date 10/24/2015

### Past Medical History

2012- s/p GSW to abdomen. Lincoln Hospital
Heartburn
Heartburn
Adjustment disorder with mixed anxiety and depressed mood
Mood disorder NOS
Diagnosis deferred
Gastritis, unspecified, without mention of hemorrhage
Abnormal findings NEC
Bronchitis, not specified as acute or chronic
Insomnia
Drug addiction NOS
Allergy, unspecified
BMI 27.0-27.9,ADULT
MENTAL DISOR NOS OTH DIS
Diagnosis deferred

### Allergies

Sustiva: dizziness: Side Effects

### Reason for Appointment

1. Cold symptoms

### History of Present Illness

Notes::

runny nose, cough, sore throat approx 1 week.

VISIT COMPLEXITY SCALE:

NON-INTAKE ACUITY

Non-Intake Acuity Scale *4: Three or more Chronic Conditions addressed as in (3) OR Emergency response in the facility OR acutely ill patients requiring phone consultation with Urgi, specialist, phone call to community provider*

### Vital Signs

| BP | | |
|---|---|---|
| 121/78 | 10/02/2015 12:07:59 PM | Joon Park |
| **Pulse** | | |
| 87 | 10/02/2015 12:07:59 PM | Joon Park |
| **RR** | | |
| 16 | 10/02/2015 12:07:59 PM | Joon Park |
| **Temp** | | |
| 98.8 | 10/02/2015 12:07:59 PM | Joon Park |

### Examination

General Examination:

GENERAL APPEARANCE: no acute distress.
HEENT: **HEAD:-**, normocephalic, atraumatic, **FUNDI:-**, disc not visualized, **NOSE:-**, clear discharge.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: soft, NT/ND, BS present.

### Assessments

1. CONSTIPATION NOS - 564.00
2. Upper respiratory disease NOS - 478.9

### Treatment

**1. CONSTIPATION NOS**

Start Metamucil Powder, 30.9 %, 1 packet, Orally, Daily, 30 days,

Patient: SANKARA, AHMADOU DOB: 07/18/1970 Progress Note: Joon Park, MD 10/02/2015
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

https://chsricbpdlb.riepf.com/mobiledoc/jsp/catalog/xml/printChartOptions.jsp?encounter... 11/16/2015

MADOU SANKARA
1502700
HAZEN STREET
EAST ELMHURST NY 11370

LEGAL MAIL

NEW YORK NY
PM
DEC 26
2015

FOREVER USA
FOREVER USA
FOREVER USA

TO LORETTA
CLERK

UNITED STATAS DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE DANIEL PATRICK MOYNIHAN
UNITED STATES COURTHOUSE
500 PEARL STREET NEW YORK
NEW YORK 10007-1312

12/29/2015
Pro Se Intake

RECEIVED
SDNY PRO SE OFFICE
2015 DEC 30 AM 10: 52

USDC SDNY

LEGAL MAIL

LEGAL MAIL