UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

AHMADOU SANKARA, DIN#,16-R-0122
                    Plaintiff,


V.          15-cv-7761

POLICE OFFICER LIAM O'HARA, Shield #
20203 and DETECTIVE BRIAN
KUSTERER, Shield # 4667, and CITY OF
NEW YORK.

                    Defendants.

------------------------------------------------

To.Hon. P. Kevin Castel, United States
District Judge.

    Plaintiff respect submitted a motion
to the court by amende the case caption
and complaint, Pursuant to 42, U.S.C.§
1983 Under Federal Rules for granting
reconsideration pursuant to Local Civil
Rule 6.3, for amending in vacating
judgment pursuant to Rules 59 and
60, Fed. R. Civ. P. mistake, surprise, and
59,(e), legal errors, for Memorandum
and Order date Dec 4, 2017. Under this
court order Jan 23, 2026, for relief.    1.

*[Handwritten margin note:]* Motion denied for the reasons set forth in the Order of Jan 23, 2026 (ECF 149). The Clerk shall terminate the motion at ECF 150. SO ORDERED. *[signature]* 2-5-26  Copy to Mr. Sankara

On march 6, 2015, I was Seat in the parked car, at 132 Street between Seventh and Eighth Avenues, whele police officers aproach my car and start question me and remove me of the car false arrest me without probable cause and search the car in accuse me for be stolen my own I phone, and claim again my Tennessee valid licence was forged, and took me to the police custody at the 33rd precinct. A valid Tennessee license is a legitimate document a NY officer can't just declare it forged, US law.?.

At the precinct police officer took my wallet from my pocket and took my bank cards inside my wallet search to the card reader. The subsequent search of my wallet at the precinct After being false arrest was akin to searching a small bag or change purse and that was unlawful."As Pétition convicted charge?," The protections embodied in article I, §12 of the New York State Constitution serve to shield citizensfrom warrantless intrusions on their privacy interests, including their personal effects"(People v. Jimenez, 2014, 22 N.Y.3d 717, 719.  2.

Case 1:15-cv-07761-PKC-JLC   Document 150   Filed 01/27/26   Page 3 of 10

The same police officers false arrest me in charged me with 7, différents charges Penal Law 170.25, In Penal Law 155.35, in Penal Law 165.45, in Penal Law 165.05, in Penal Law 220.03, in Penal Law 221.05, in VTL 051.10. Grand jury dismiss, 6, of that arrest 7, charges against me without my present in court.

I was indicted with Penal Law 170. 25, for my valid Tennessee driver's licence, with my own bank credit cards. Number appear on the state court trial record 45473500000. As conviction charges Reading same number five zéro link print on the banks crédit card?????.

How five zéro link print cant be a banks card,? number appear on the state trial record?, "My conviction charged," all the court Workers have banks crédit card Verify, why one of they court Workers did not have five zéro link print on they bank card?. impossible banks card five zéro link can't purchase, As 00000, link.

The grand jury indictment was procured by fraud in perjury under false oath.    3.

Case 1:15-cv-07761-PKC-JLC    Document 150    Filed 01/27/26    Page 4 of 10

On march 7, 2015, I was transfered to court, at the grand jury procedure my due process right was violated without my present in front of the jurys.

Police officer O'hara, false testify at grand jury that my valid Tennessee driver's licence was forged, and officer Kusterer also testify at grand jury that he used a scanner to inspect my valid driver's license the results flagged the license was forged, Officer Kusterer did not used an ID scanner issued by the New York Police Department and used an ID scanner that he owned personally.

A validTennessee license is a legitimate document a NY officer can't declare it forged without justification in false arrest me, See: Monell v. New York Dept. of Social Services, 436 U.S. 658 (1978). I was indicted for false arrest charged valid tennessee driver's licence, the grand jury indictment was procured under perjury in false oath.

Officer O'hara lie that I was parked in the front of the church, another false oath. 4

For my valid Tennessee driver's licence. officer Kusterer and officer O'Hara violated my due process right in Fourth Amendment protections garantee under the U.S. Constitution, Both officers there are personally involved with deprivation of my rights under the color of law.

The initial arrest lacked probable cause. even if later indicted on a separate charge. Six charges dismissed by a grand jury suggests weak evidence. precinct fake charge. See Sankara v. Martuscellor,18-cv-6308, Oct 27, 2025. The City of New York are liable too.

I was wrongfully convicted by the jury's who did not knew about the laws as for precinct fake charged got me convicted Number appear on the state court trial record 45473500000?. My conviction charges Reading same number five zéro link print on the banks crédit card?????. false arrest, false imprisonment, unlawful seizure, malicious prosecution, malicious abuse of process, excessive force, imposing unconstitutional conditions of confinement.                   5.

Rely on diversity jurisdiction (based on the parties' citizenship) or other specific statutes. Federal question jurisdiction, The basis for federal question matter of jurisdiction, a legal principle that grants federal courts the authority to hear civil cases that involve a question of federal law, such as those arising under the U.S. Constitution, federal laws, or treaties The general authority of federal courts to hear a civil case based on the subject matter of the dispute., See:United Student Aid Funds, Inc., 559 U.S. at 275.

The authority for this jurisdiction comes from Article 3 of the U.S. Constitution and is codified in 28 U.S.C. § 1331. the resolution of the dispute depends on interpreting the Constitution, a federal law, or a treaty. For a case to qualify, the federal question must appear on the face of the plaintiff's complaint.

Officer O'hara and Officer Kusterer cause me indicted with perjury oath.trial paper fabricate charge counts appear on the state trial record, See TOWNE v. DAVIS, 66 N.H. 396 22 A. 450.          6.

Police officer O'hara misconduct false arrest me without probable cause and process me at two different precinct 33rd. Precinct and 32 precinct, and used two different shield number at the state court different procedure mislead identified himself. both number, Badge #4408, Shield # 20203.on court records

Police officer O'hara original precinct he was a signe to 25th Precinct. In without his jurisdiction, he false arrest me took me to 33rd precinct in process me again at 32nd Precinct.?, 33rd precinct and 32nd Precinct both precinct process paper on the state court record.

Police officer O'hara at the precinct took my wallet inside my pocket in swip my bank cards to the card reader in Switch my  credit cards number as number appear on the state trial record, See, 45473500000, two of the conviction charges Reading same numbers five zéro print on the card?, number appear on the state trial record. without any accuse crime items évidence submit to the court for to convicted me?.          7.

The Fourth Department analyzed whether this principal applied to a legal malpractice action with an underlying criminal matter. Id., 915 N.Y.S.2d at 780. The First Department addressed this very issue in Wilson v. City of New York, 294 A.D.2d 290, 743 N.Y.S.2d 30 (1st Dep't 2002), holding that the recovery of nonpecuniary damages is not permitted. However, the Fourth Department declined to follow the holding in Wilson.

In rendering its decision, the Fourth Department analogized a criminal legal malpractice action to causes of action for false arrest and malicious prosecution, both of which permit recovery for the plaintiff's loss of liberty resulting from the plaintiff's wrongful incarceration. Id. at 1589, 915 N.Y.S.2d at 780. The Court further observed that in a criminal case, the risk of imprisonment is a direct result of attorney malpractice. Consequently, "the Fourth Department concluded, See, *Dombrowski v. Bulson*, 79 A.D.3d 1587, 915 N.Y.S.2d 778 (4th Dep't 2010).    8.

I respectfully request the court Pursuant to 42, U.S.C.§ 1983 Under Federal Rules civil procedure to granted my motion in vacated the judgment Memorandum and Order date Dec 4, 2017, Under this court order Jan 23, 2026,

Police Officer Liam O'Hara and Detective Brian Kusterer, are employed by NYCPD are liable for false arrest imprisonment unlawful seizure, malicious prosecution, malicious abuse of process, excessive force, imposing unconstitutional conditions of confinement, and inflicting emotional distress in a conscious and negligent fashion. Plaintiff sought relief is $50.000.000.00, dollars. Hon Judge discrimination cant setlle the lawsuit conpersation money amount damage under the Law. Respectfully submitted. "CC:To, David Ferrari, New York City Law Dept. Special Federal Litigation Divisio 100 Church St. New York, NY 10007"

9.

|Ahmadou Sankara,Alien#097-528-851
BP 133 ANYAMA IVORY COAST.
Date Jan 26 , 2026,    Sankaraahmadou
S



Case Search - Arrest Info Sheet                                                    Page 1 of 1

**SANKARA, AHMADOU**

| Arrest Info *pre-arraign* | | | Arresting Officer *pre-arraign* | |
|---|---|---|---|---|
| Arrest # M15616465 | Book # 2685454 | Name | POM OHARA , LIAM | |
| Date 3/6/2015 | NYSID 11802841J | Command | Gang Unit Manhattan 0943120 | Arrest 032 Precinct |
| Time 2305 | | | | |
| Category F | | | | |
| Case Type Online Telephone | DAT Return Date | Shield Contact # Contact # | 20203 | Tax # ▮▮▮▮▮ |

**Occurrence Location**   201 WEST 132 STREET DOUGLASS BOULEVARD POWELL BOULEVARD MANHATTAN NY

**Arrest Narrative**   AT TPO THE DEFENDANT WAS OBSERVED TO BE IN POSSESSION OF A CONTROLLED SUBSTANCE. SILA REVEALED THE DEFENDANT TO BE IN POSSESSION OF FORGED INSTRUMENTS. FURTHER INVESTIGATION REVEALED THE DEFENDANT TO BE IN POSSESSION OF FORGED/STOLEN CREDIT CARDS. DEFENDANT WAS OPERATING RENTAL CAR PENNSYLVANIA PLATE JPE6298 ILLEGALLY AND WITHOUT PROPER AUTHORITY OR PERMISSION TO DO SO.

**Arrest Charges**

| Charge | Count | Cat | Cl |
|---|---|---|---|
| PL 1553500 | 0001 | F | D |
| PL 1702500 | 0001 | F | D |
| PL 1654502 | 0006 | F | E |
| PL 1650501 | 0001 | M | A |
| P 2200300 | 0001 | M | A |
| VTL0511001 | 0001 | M | U |
| PL 2210500 | 0001 | V | 0 |

**ECAB Supervisor Name**                                                    TB

**Notes**

**D Raised ?**   ☐

**Possible Elevated Charges (Bump-Up)**   Upgradeable Charge - Requires Rapsheet - PL 1650501

**Pre-Written Bail Application**   None Available

**Arrest Alerts**   Arrest Alert Case

**Other Cases at DANY**   Defendant has Other Cases