UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

AHMADOU SANKARA,

                           Plaintiff,

          -against-

POLICE OFFICER LIAM O'HARA, et al.,

                         Defendants.
----------------------------------------------------------------x

                         15-cv-7761 (PKC)

                         ORDER

CASTEL, U.S.D.J.

        The Court construes the February 22, 2026 motion of plaintiff Ahmadou Sankara as a motion to reconsider the Court's Order of February 5, 2026. As such the motion is DENIED.

        This Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and in forma pauperis status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 443-45 (1962).

        SO ORDERED.

                            P. Kevin Castel
                      United States District Judge

Dated: New York, New York
       June 18, 2026

Copy to Ahmadou Sankara
ahmedkone7489@gmail.com

Copy to Office of Pro Se Clerk